UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MAVIS JACOBS,

                Plaintiff,

    - v -

VINCENT CONIGLIARO, et al.,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**MEMORANDUM**

CV-04-3586 (NGG)(VVP)

      A Stipulation and Order for Substitution of Counsel has been submitted to the court providing for the substitution of Clover M. Barrett as counsel for the plaintiff in the place of South Brooklyn Legal Services. Before the court will enter an order authorizing the substitution, a written consent signed by the plaintiff herself must be submitted to the court to satisfy the court that the plaintiff is aware of the substitution and consents to it.

**SO ORDERED:**

*Viktor V. Pohorelsky*

VIKTOR V. POHORELSKY
United States Magistrate Judge

Dated:    Brooklyn, New York
             May 24, 2005